In the Matter of JEROME O. GLUCKSMAN, Petitioner, v. HAROLD BIRNS et al., Respondents.— Application for an order, pursuant to article 78 of the CPLR, in the nature of prohibition, unanimously denied and the petition

dismissed, without costs and without disbursements. The stay dated February 19, 1975 affixed to the notice of application is vacated. No opinion. Concur — Stevens, J. P., Kupferman, Murphy, Lane and Nunez, JJ.